

# THE UNIVERSITY of TEXAS
## HEALTH SCIENCE CENTER AT HOUSTON
### DENTAL BRANCH

OFFICE OF ACADEMIC AFFAIRS     6516 M. D. Anderson Blvd, Rm. 16A    713 500 4166
Houston, Texas 77030    713 500 4173 *fax*

23 July 2009

Stephen Tapp
Dental Student #A000449970

Dear Mr. Tapp:

The Third and Fourth Year Dental Student Evaluation and Promotion Committee met on July 23, 2009, to consider your academic and clinical performance. The committee reviewed information provided by your Practice Leader, Course Directors and Department Chairs. The following academic deficiencies were discussed:

    CLIN 3015 Examination, Diagnosis and Treatment Planning Clinic, a grade of 64
    Failure to meet minimal clinical expectations in
        CLIN 3001 Pediatric Dentistry Clinic
        CLIN 3005 Prosthodontic Clinic
        CLIN 3006 Operative Clinic
        CLIN 3008 Periodontics Clinic
        CLIN 3014 Clinical Practice I

As a result of these deficiencies, the committee has recommended that you should be dismissed from the Doctor of Dental Surgery program at The University of Texas Dental Branch at Houston. Therefore, you are dismissed from the Dental Branch. You are to cease all activity in the building by 5:00 pm on July 24, 2009. You must contact the Office of Student Affairs, DB Room 155, concerning required check-out procedures within 10 days following receipt of this letter.

You may appeal this academic action to the Associate Dean for Academic Affairs, in writing, within five working days after receipt of this letter. You must provide the Associate Dean with a written statement and/or documentation supporting your position. You may refer to the *Student Guide to Academic Studies* for additional information on the appeals process.

I regret this action is necessary. If you need additional information or clarification, please do not hesitate to contact Dr. H. Philip Pierpont, Associate Dean for Student Affairs, or me.

Sincerely,

Leslie Roeder, DDS, MS
Associate Dean for Academic Affairs

Cc:     Dr. Pierpont, Associate Dean for Student Affairs
         Dr. Triolo, Associate Dean for Patient Care
         Dr. Jessee, Director for Clinical Education
         Dr. Whitmire, Advisor
         Dr. Stevenson, Chair, Student Evaluation and Promotion Committee
         Registrars Office
         Financial Aid Office

EXHIBIT A

*Founding Member of the Texas Medical Center*