IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN TAPP, § | |
|     *Plaintiff*, § | |
| § | |
| V. § | |
| § | CIVIL ACTION NO.  4:11-CV-02971 |
| § | |
| UNIVERSITY OF TEXAS HEALTH § | |
| SCIENCES CENTER AT HOUSTON – § | |
| SCHOOL OF DENTISTRY, § | |
|     *Defendant*. § | |

_____

### DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS
_____

TO THE HONORABLE LEE H ROSENTHAL:

    Pursuant to the Court's Order for Conference and Disclosure of Interested Parties filed on August 12, 2011, Defendant University of Texas Health Sciences Center at Houston- School of Dentistry ("UTHSC-Houston") files this Certificate of Interested Persons and states that the only persons/entities financially interested in the outcome of this litigation are the parties and their attorneys.

    Respectfully submitted,

    GREG ABBOTT
    Attorney General of Texas

    DANIEL T. HODGE
    First Assistant Attorney General

    BILL COBB
    Deputy Attorney General for Civil Litigation

    DAVID C. MATTAX
    Director of Defense Litigation

        ROBERT O'KEEFE
        General Litigation, Division Chief


        /s/ Mishell B. Kneeland
        MISHELL B. KNEELAND
        Texas Bar No. 24038256
        Assistant Attorney General
        General Litigation Division
        P.O. Box 12548, Capitol Station
        Austin, Texas 78711-2548
        (512) 463-2120
        (512) 320-0667 FAX

        ATTORNEYS FOR DEFENDANT


## CERTIFICATE OF SERVICE

    I hereby certify that on October 24, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Martin Jay Cirkiel
Cirkiel & Associates, PC
1901 E Palm Valley Blvd
Round Rock, TX 78664-9401
marty@cirkielaw.com
    *Attorney for Plaintiff*


        /s/ Mishell B. Kneeland
        MISHELL B. KNEELAND
        Assistant Attorney General