

# THE UNIVERSITY of TEXAS
## HEALTH SCIENCE CENTER AT HOUSTON
### DENTAL BRANCH

OFFICE OF ACADEMIC AFFAIRS                6516 M. D. Anderson Blvd, Rm. 16A    713 500 4166
                                          Houston, Texas 77030                  713 500 4173 *fax*

23 July 2009

Stephen Tapp
Dental Student #A000449970

Dear Mr. Tapp:

The Third and Fourth Year Dental Student Evaluation and Promotion Committee met on July 23, 2009, to consider your academic and clinical performance. The committee reviewed information provided by your Practice Leader, Course Directors and Department Chairs. The following academic deficiencies were discussed:

> CLIN 3015 Examination, Diagnosis and Treatment Planning Clinic, a grade of 64
> Failure to meet minimal clinical expectations in
> > CLIN 3001 Pediatric Dentistry Clinic
> > CLIN 3005 Prosthodontic Clinic
> > CLIN 3006 Operative Clinic
> > CLIN 3008 Periodontics Clinic
> > CLIN 3014 Clinical Practice I

As a result of these deficiencies, the committee has recommended that you should be dismissed from the Doctor of Dental Surgery program at The University of Texas Dental Branch at Houston. Therefore, you are dismissed from the Dental Branch. You are to cease all activity in the building by 5:00 pm on July 24, 2009. You must contact the Office of Student Affairs, DB Room 155, concerning required check-out procedures within 10 days following receipt of this letter.

You may appeal this academic action to the Associate Dean for Academic Affairs, in writing, within five working days after receipt of this letter. You must provide the Associate Dean with a written statement and/or documentation supporting your position. You may refer to the *Student Guide to Academic Studies* for additional information on the appeals process.

I regret this action is necessary. If you need additional information or clarification, please do not hesitate to contact Dr. H. Philip Pierpont, Associate Dean for Student Affairs, or me.

Sincerely,

*[signature]*

Leslie Roeder, DDS, MS
Associate Dean for Academic Affairs

Cc:   Dr. Pierpont, Associate Dean for Student Affairs
      Dr. Triolo, Associate Dean for Patient Care
      Dr. Jessee, Director for Clinical Education
      Dr. Whitmire, Advisor
      Dr. Stevenson, Chair, Student Evaluation and Promotion Committee
      Registrars Office
      Financial Aid Office

EXHIBIT A

*Founding Member of the Texas Medical Center*