**IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| STEPHEN TAPP, | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | |
| | § | CIVIL ACTION NO.  4:11-CV-02971 |
| | § | |
| UNIVERSITY OF TEXAS HEALTH | § | |
| SCIENCES CENTER AT HOUSTON – | § | |
| SCHOOL OF DENTISTRY, | § | |
| *Defendant*. | § | |

**ORDER ON MOTION TO DISMISSAL**

Before the Court for consideration is the University of Texas Health Science Center at Houston's Motion to Dismiss Plaintiff's First Amended Complaint.  Having considered Defendant's Motion, Plaintiff's Opposition, any reply, and all pleadings on file, the Court is of the opinion that the motion is well founded and that it should be granted.  It is therefore:

ORDERED that the University of Texas Health Science Center at Houston's Motion to Dismiss GRANTED; and it is further

ORDERED that all of Plaintiff's claims against UTHealth are DISMISSED with prejudice.

Signed this the _____ day of _____, 2011.

_____
HON. LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE