IN THE UNITED STATE'S DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **STEPHEN TAPP,** § | |
| **Plaintiff,** § | |
| § | |
| vs. § | Civil Action No. 4:11-CV-02971 |
| § | |
| **UNIVERSITY OF TEXAS HEALTH** § | |
| **SCIENCES CENTER AT HOUSTON-** § | |
| **SCHOOL OF DENTISTRY, DR. JOHN A.** § | |
| **VALENZA, D.D.S., DEAN, AND SERGEANT** § | |
| **J. TAYLOR, BOTH INDIVIDUALLY** § | |
| **Defendants.** § | |

## O R D E R

LET IT BE KNOWN that on this _____ day of _____, 2011, this Court considered Plaintiff's *Motion for Leave of Court to File Plaintiffs' First Amended Complaint*. Upon careful review, the Court is of the opinion that Plaintiffs' *Motion* should be granted.

IT IS ORDERED THAT Plaintiffs' *Motion for Leave of Court* is hereby GRANTED.

_____
PRESIDING JUDGE