IN THE UNITED STATE'S DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN TAPP, § | |
| Plaintiff, § | |
| § | |
| vs. § | Civil Action No. 4:11-CV-02971 |
| § | |
| UNIVERSITY OF TEXAS HEALTH § | |
| SCIENCES CENTER AT HOUSTON- § | |
| SCHOOL OF DENTISTRY, DR. JOHN A. § | |
| VALENZA, D.D.S., DEAN, AND SERGEANT § | |
| J. TAYLOR, BOTH INDIVIDUALLY § | |
| Defendants. § | |

## CERTIFICATE OF INTERESTED PARTIES

**NOW COMES** Stephen Tapp, Plaintiff herein, by and through his attorney, Martin J. Cirkiel from the law firm of Cirkiel & Associates, P.C., and files this *Certificate of Interested Parties*:

| | |
|---|---|
| Stephen Tapp | **Plaintiff** |
| c/o Cirkiel & Associates, P.C. | |
| 1900 Palm Valley Boulevard | |
| Round Rock, Texas 78664 | |
| | |
| Martin J. Cirkiel | **Attorney for the Plaintiff** |
| Cirkiel & Associates, P.C. | |
| 1900 Palm Valley Boulevard | |
| Round Rock, Texas 78664 | |
| | |
| University of Texas Health Sciences | |
| Center at Houston- School of Dentistry | **Defendant** |
| c/o Mishell B. Kneeland | |
| Assistant Texas Attorney General | |
| Post Office Box 12548, Capitol Station | |
| Austin, Texas 78711-2548. | |
| | |
| Dr. John A. Valenza, D.D.S. | **Defendant** |
| Dean of University of Texas Health Sciences | |
| Center at Houston- School of Dentistry | |
| 6516 MD Anderson Blvd. | |
| Houston, Texas 77030 | |

| | |
|---|---|
| Sergeant J. Taylor<br>University of Texas Police Department at Houston<br>1515 Holcombe Blvd.<br>Houston, Texas 770303 | **Defendant** |

                                      Respectfully submitted,

                                      Cirkiel & Associates, P.C.
                                      /s/ Martin J. Cirkiel
                                      Martin J. Cirkiel, Esq.
                                      State Bar No. 00783829
                                      1901 E. Palm Valley Blvd.
                                      Round Rock, Texas 78664
                                      (512) 244-6658 [Telephone]
                                      (512) 244-6014 [Facsimile]
                                      marty@cirkielaw.com
                                      **ATTORNEY FOR THE PLAINTIFFS**

## CERTIFICATE OF SERVICE

       This is to certify that on this the 29th day of November 2011, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Southern District of Texas, using the electronic filing system of the Court. The electronic case filing system will send a "Notice of Electronic Filing" to the following attorney of record who has consented in writing to accept this Notice as service of this document by electronic means:

Honorable Mishell B. Kneeland, Attorney
Texas Bar No. #24038256
Southern District Federal ID #313250
Assistant Texas Attorney General
Post Office Box 12548
Capitol Station, Austin
Texas 78711-2548
(512) 463-2120  [Telephone]
(512) 320- 0667 [Facsimile]