| | |
|---|---|
| From: | Mishell Kneeland |
| To: | Cirkiel, Marty |
| CC: | Chester, Bonnie; Garza, Daniel; Richey, Laura |
| Date: | 11/17/2011 12:00 PM |
| Subject: | RE: Tapp |

Marty,

Since the SOL/immunity issue for UTHealth is completely separate from the issues that will be raised for the individuals, I think it makes more sense in terms of litigant resources and judicial economy for us to move forward on the UTHealth motion so we can resolve whether UTHealth will be a defendant.

-Mishell

>>> Marty Cirkiel <Marty@cirkielaw.com> 11/16/2011 7:04 PM >>>
Thank you. I am leaving town for a few days but ask Daniel to work on it Friday, if possible.

In regard to the Motion To Dismiss, how do you feel about letting us "table it" and answer when you file the Motion To Dismiss (which I'm sue you will) on the new parties?

-----Original Message-----
From: Mishell Kneeland [mailto:mishell.kneeland@oag.state.tx.us]
Sent: Monday, November 14, 2011 6:44 PM
To: Marty Cirkiel
Cc: Bonnie Chester; Laura Richey
Subject: Tapp

Hi Marty,

I'm contacting you regarding the two new folks you've added to the Tapp lawsuit (I'm out of town and don't have the file, so forgive my vagueness). They're willing to have me accept service for them. I presume that's what you'd like? If so, fill out the forms and send 'em over and I'll get them executed for you.

Mishell

--
BEGIN-ANTISPAM-VOTING-LINKS
------------------------------------------------------

Teach CanIt if this mail (ID 01FVclfe3) is spam:
Spam:       http://canit.thin-nology.com/canit/b.php?i=01FVclfe3&m=4e5b08c58bb2&c=s
Not spam:   http://canit.thin-nology.com/canit/b.php?i=01FVclfe3&m=4e5b08c58bb2&c=n
Forget vote: http://canit.thin-nology.com/canit/b.php?i=01FVclfe3&m=4e5b08c58bb2&c=f
------------------------------------------------------
END-ANTISPAM-VOTING-LINKS

TAB A