IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN TAPP, § | |
| *Plaintiff*, § | |
| § | |
| V. § | |
| § | CIVIL ACTION NO. 4:11-CV-02971 |
| § | |
| UNIVERSITY OF TEXAS HEALTH § | |
| SCIENCES CENTER AT HOUSTON – § | |
| SCHOOL OF DENTISTRY, § | |
| *Defendant*. § | |

## ORDER

Before the Court for consideration is the Plaintiff's Motion for Leave to File Second Amended Complaint [Court Docket # 7]. Having considered the motion, the opposition thereto, any reply, all pleadings on file, and any argument, the Court is of the opinion that the motion is not well founded and that it should be denied.

It is therefore ORDERED that Plaintiff's Motion for Leave to File Second Amended Complaint is DENIED in all respects.

SIGNED this the _____ day of _____, 2011.

_____
HONORABLE LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE