IN THE UNITED STATE'S DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN TAPP, | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 4:11-CV-02971 |
| | § | |
| UNIVERSITY OF TEXAS HEALTH | § | |
| SCIENCES CENTER AT HOUSTON- | § | |
| SCHOOL OF DENTISTRY, DR. JOHN A. | § | |
| VALENZA, D.D.S., DEAN, AND SARGENT J. | § | |
| TAYLOR, BOTH INDIVIDUALLY | § | |
|     Defendants. | § | |

## ORDER

    LET IT BE KNOWN that on this _____ day of _____ 2011, the Court considered Plaintiff's *Opposed Motion For A Continuance.*

    This Court finds that the Plaintiff's *Motion* set forth good cause, and the Scheduling Conference currently set for the 16th day of December 2011, be rescheduled at some time in the future, to be set by the necessary *Order* at that time.

    IT IS THEREFORE ORDERED that the Plaintiff's *Opposed Motion For A Continuance* is GRANTED.

    SIGNED this ____ day of _____, 2011.

_____
PRESIDING JUDGE