IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN TAPP,<br>§§§ Plaintiff, | § § § |
| v. | § § CIVIL ACTION NO. 4:11-CV-02971 § |
| UNIVERSITY OF TEXAS HEALTH<br>SCIENCES CENTER AT HOUSTON –<br>SCHOOL OF DENTISTRY,<br>Defendant. | § § § § § |

### DEFENDANT'S NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE LEE H. ROSENTHAL:

Defendant The University of Texas Health Science Center at Houston files this Notice of Appearance of Counsel. Defendant hereby notifies the Court that Assistant Attorney General Darren G. Gibson will appear as co-counsel for Defendant in the above case, along with Assistant Attorney General Mishell B. Kneeland. Mr. Gibson is a member in good standing with the State Bar of Texas and is admitted to practice in the Southern District of Texas.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

BILL COBB
Deputy Attorney General for Civil Litigation

DAVID C. MATTAX
Director of Defense Litigation

ROBERT O'KEEFE
General Litigation, Division Chief

*Defendant's Notice of Appearance of Counsel*  1

/s/ Darren G. Gibson
MISHELL B. KNEELAND
Attorney-in-Charge
Texas Bar No. 24038256
Southern District ID No. 313250
**DARREN G. GIBSON**
Texas Bar No. 24068846
Southern District ID No. 1041236
Assistant Attorneys General
General Litigation Division -019
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX

ATTORNEYS FOR DEFENDANT UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT HOUSTON

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Martin Jay Cirkiel
Cirkiel & Associates, PC
1901 E Palm Valley Blvd
Round Rock, TX 78664-9401
marty@cirkielaw.com
*Attorney for Plaintiff*

/s/ Darren G. Gibson
DARREN G. GIBSON
Assistant Attorney General