IN THE UNITED STATE'S DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **STEPHEN TAPP,** § | |
| Plaintiff, § | |
| § | |
| vs. § | Civil Action No. 4:11-CV-02971 |
| § | |
| **UNIVERSITY OF TEXAS HEALTH** § | |
| **SCIENCES CENTER AT HOUSTON-** § | |
| **SCHOOL OF DENTISTRY, DR. JOHN A.** § | |
| **VALENZA, D.D.S., DEAN, AND SERGEANT** § | |
| **J. TAYLOR, BOTH INDIVIDUALLY** § | |
| Defendants § | |

## NOTICE OF APPEARANCE

NOW COMES Stephen Tapp, and gives notice of the following counsel appearing on his behalf:

Greg White
State Bar No. 21329050
400 Austin Avenue, Ste. 103
P.O. Box 2186
Waco, Texas 76703-2186
(254) 717-5728 [Telephone]
(866) 521-5569 [Facsimile]
greg.white@texapplaw.com

The present counsel for Mr. Tapp will remain:

Martin J. Cirkiel
Cirkiel & Associates, P.C.
State Bar No. 00783829
1901 E. Palm Valley Blvd.
Round Rock, Texas 78664
(512) 244-6658 [Telephone]
(512) 244-6014 [Facsimile]
marty@cirkielaw.com

Wherefore, premises considered, Stephen Tapp respectfully requests that the Court, and all counsel take notice of this designation of counsel.

Respectfully submitted,

Cirkiel & Associates, P.C.

 /s/ Martin J. Cirkiel
Mr. Martin J. Cirkiel, Esq.
State Bar No.: 00783829
Fed. ID.# 21488
1901 E. Palm Valley Boulevard
Round Rock, Texas  78664
(512) 244-6658 [Telephone]
(512) 244-6014 [Facsimile]
marty@cirkielaw.com

Greg White
State Bar No. 21329050
400 Austin Avenue, Ste. 103
P.O. Box 2186
Waco, Texas 76703-2186
(254) 717-5728 [Telephone]
(866) 521-5569 [Facsimile]
greg.white@texapplaw.com

**ATTORNEY FOR PLAINTIFFS**


### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been forwarded to the following parties on this 14th day of December, 2011 by Notice of Electronic Filing from the Clerk of the Court:

MISHELL B. KNEELAND
DARREN G. GIBSON
Assistant Attorneys General
General Litigation Division -019
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 [Telephone]
(512) 320-0667 [Facsimile]

**ATTORNEY FOR DEFENDANTS**

/s/ Martin J. Cirkiel
Martin J. Cirkiel