IN THE UNITED STATE'S DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN TAPP,  §<br>  Plaintiff, §<br> §<br>vs. §<br> §<br>UNIVERSITY OF TEXAS HEALTH §<br>SCIENCES CENTER AT HOUSTON- §<br>SCHOOL OF DENTISTRY, DR. JOHN A. §<br>VALENZA, D.D.S., DEAN, AND SERGEANT §<br>J. TAYLOR, BOTH INDIVIDUALLY §<br>  Defendants §  | Civil Action No. 4:11-CV-02971 |

## ORDER DENYING DEFENDANT'S MOTIONS TO DISMISS

LET IT BE KNOWN that on this _____ day of _____, 2011, this Court considered *Defendant's Motion to Dismiss.* Upon careful review of the pleadings, this Court believes Defendant's *Motion* should be DENIED.

IT IS THEREFORE ORDERED THAT Plaintiff's *Motion to Dismiss* is HEREBY DENIED.

_____
Presiding Judge