IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN TAPP, §<br>    *Plaintiff*, §<br> §<br>V. §<br> § CIVIL ACTION NO.  4:11-CV-02971<br> §<br>UNIVERSITY OF TEXAS HEALTH §<br>SCIENCES CENTER AT HOUSTON – §<br>SCHOOL OF DENTISTRY, §<br>    *Defendant*. § | |

_____

### DEFENDANTS' NOTICE OF SUBSTITUTION
### AND DESIGNATION OF LEAD COUNSEL
_____

TO THE HONORABLE LEE H ROSENTHAL:

     Defendant, The University of Texas Health Science Center at Houston, files this Notice of Substitution and Designation of Lead Counsel.  Defendant hereby notifies the Court that Assistant Attorney General Darren G. Gibson should now be designated as lead counsel and attorney-in-charge for the Defendant in this case.  Mishell B. Kneeland, former lead counsel, has left the employment of the Office of the Attorney General, and should be removed from all further electronic notifications regarding this case   Mr. Gibson has already made an appearance as co-counsel [Doc. 16].

     WHEREFORE, Defendant requests that the Court remove Ms. Kneeland from all further electronic notifications regarding this case and enter Mr. Gibson as lead counsel of record and attorney-in-charge for Defendant, The University of Texas Health Science Center at Houston.

                          Respectfully submitted,

        GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

DAVID C. MATTAX
Deputy Attorney General for Defense Litigation

ROBERT O'KEEFE
General Litigation, Division Chief

/s/   Darren G. Gibson
**DARREN G. GIBSON**
**Attorney-in-Charge**
Texas Bar No. 24068846
Southern District ID No. 1041236
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Martin Jay Cirkiel
Cirkiel & Associates, PC
1901 E Palm Valley Blvd
Round Rock, TX 78664-9401
marty@cirkielaw.com
    *Attorney for Plaintiff*

        /s/   Darren G. Gibson
        DARREN G. GIBSON
        Assistant Attorney General