# EXHIBIT

# 1



# The University of Texas
## Health Science Center at Houston
### Dental Branch

Office of the Dean

August 13, 2009

Stephen Tapp
Dental Student,

Dear Mr. Tapp:

An ad hoc Appeals Committee met on Tuesday, August 4, 2009 to consider your appeal of your academic dismissal from the Dental Education Program. The committee carefully considered your input through your comments to the Committee, your written statements, and information provided to them by the Office of Academic Affairs.

After meeting with you on August 12, 2009 and careful consideration of and deliberation of the recommendations of both the original Evaluation and Promotion Committee and the Appeals Committee, I have determined that the academic dismissal rendered on July 23, 2009 should be upheld. Therefore, you are dismissed from The University of Texas Dental Branch at Houston Dental Education Program (DDS). The decision is final. You are to cease all activity in the building immediately upon receipt of this letter, and surrender your identification badge. You must contact the Office of Student Affairs, DB Room 155, concerning required check-out procedures within 5 days following receipt of this letter.

Sincerely,

John A. Valenza, D.D.S.
Interim Dean

cc: Dr. Whitmire, Academic Advisor
 Dr. Roeder, Associate Dean for Academic Affairs
 Dr. Pierpont, Associate Dean for Student Affairs
 Dr. Peggy O'Neill, Associate Dean for Patient Care
 Dr. Stevenson, Third and Fourth Year Student Evaluation and Promotion Committee
 Dr. Jessee, Director of Predoctoral Clinical Education
 Dr. Franklin, Practice Leader
 Registrar Office
 Financial Aid Office
 Dental Branch Educational Support Services