IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN TAPP, | § | |
|     *Plaintiff*, | § | Civ. Action No. 4:11-cv-02971 |
| | § | |
| v. | § | |
| | § | |
| DR. JOHN A. VALENZA, DEAN OF | § | |
| THE UNIVERSITY OF TEXAS | § | |
| HEALTH SCIENCE CENTER AT | § | |
| HOUSTON – SCHOOL OF | § | |
| DENTISTRY, IN HIS OFFICIAL | § | |
| CAPACITY AND INDIVIDUALLY | § | |
|     *Defendant*. | § | |

**ORDER ON DEFENDANT'S MOTION TO DISMISS DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

Before the Court for consideration is Defendant John A. Valenza's Motion to Dismiss Plaintiff's Second Amended Complaint. Having considered Defendant's Motion, Plaintiff's Opposition, any reply, and all pleadings on file, the Court is of the opinion that the motion is well founded and that it should be granted. It is therefore:

ORDERED that Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint is GRANTED; and it is further

ORDERED that all of Plaintiff's claims are DISMISSED with prejudice.

Signed this the _____ day of _____, 2012.

_____
HON. LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE