IN THE UNITED STATE'S DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DR. JOHN A VALENZA, DEAN OF THE UNIVERSITY OF TEXAS HEALTH SCIENCES CENTER AT HOUSTON SCHOOL OF DENTISTRY, IN HIS OFFICIAL CAPACITY AND INDIVIDUALLY<br>    Defendant, | Civil Action No. 4:11-CV-02971 |

## ORDER

LET IT BE KNOWN that on this 8th day of March 2012, the Court considered Plaintiff's *Unopposed Motion to Extend Time to Respond to Defendant's Motion to Dismiss.*

This Court finds that the Plaintiff's *Motion* set forth good cause, and that Plaintiff's *Response* to *Defendant's Motion To Dismiss Plaintiff's Second Amended Complaint* currently set for the 7th day of March, 2012 be filed by March 14, 2012.

IT IS THEREFORE ORDERED that the Plaintiff's *Motion* is GRANTED.

SIGNED this 8th day of March, 2012.

_____
PRESIDING JUDGE

*Order*                                                                                                    1