IN THE UNITED STATE'S DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN TAPP, § | |
|     Plaintiff, § | |
| § | |
| vs. § | Civil Action No. 4:11-CV-02971 |
| § | |
| DR. JOHN A. VALENZA, D.D.S., DEAN § | |
| OF THE UNIVERSITY OF TEXAS HEALTH § | |
| SCIENCES CENTER AT HOUSTON- § | |
| SCHOOL OF DENTISTRY, INDIVIDUALLY § | |
| AND IN HIS OFFICIAL CAPACITY § | |
|     Defendant. § | |

## ORDER DENYING DEFENDANT'S MOTIONS TO DISMISS

LET IT BE KNOWN that on this _____ day of _____, 2011, this Court considered *Defendant's Motion to Dismiss.* Upon careful review of the pleadings, this Court believes Defendant's *Motion* should be DENIED.

IT IS THEREFORE ORDERED THAT Plaintiff's *Motion to Dismiss* is HEREBY DENIED.

_____
Presiding Judge