IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN TAPP, § | |
| § | |
| § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. H-11-2971 |
| § | |
| DR. JOHN A. VALENZA, DEAN OF § | |
| THE UNIVERSITY OF TEXAS § | |
| HEALTH SCIENCE CENTER AT § | |
| HOUSTON – SCHOOL OF DENTISTRY, § | |
| IN HIS OFFICIAL CAPACITY AND § | |
| INDIVIDUALLY § | |
| Defendant. § | |

**FINAL JUDGMENT**

In accordance with the court's Memorandum and Opinion of today's date, this action is dismissed with prejudice. Each party bears its own costs and fees.

This is a final judgment.

SIGNED on August 6, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge