**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Stephen Tapp | § | |
| | § | |
| | § | CASE NUMBER:  4:11cv2971 |
| v. | § | District Judge:  Lee H Rosenthal |
| | § | Court Reporter(s):  B Slavin |
| University of Texas Health Sciences Center | § | |
| at Houston-School of Dentistry et al | § | |

## NOTICE OF THE FILING OF AN APPEAL

In connection with this appeal, instrument # 34, filed by Stephen Tapp, a copy of the notice of appeal, the order being appealed and the docket sheet are attached.

In regard to this appeal:

- The Court of Appeal $455.00 filing and docketing fees have been paid or a motion for in forma pauperis has been granted.

- DKT-13 transcript ordering instructions are attached.

- The Clerk of Court will submit to the Fifth Circuit Court of Appeals a Certificate of Non-Compliance if the appellant fails to return the transcript order form.

David Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Stephen Tapp | § | |
| | § | |
| | § | CASE NUMBER:  4:11cv2971 |
| v. | § | District Judge:  Lee H Rosenthal |
| | § | Court Reporter(s):  B Slavin |
| University of Texas Health Sciences Center | § | |
| at Houston-School of Dentistry et al | § | |

**TRANSCRIPT ORDER INSTRUCTIONS TO APPELLANT**

Pursuant to FRAP 10(a)(1), a transcript order form must be filed within 14 days of the filing of the notice of appeal.

Please review the instructions on the attached DKT 13 Transcript Order Form.  Prepare a separate DKT 13 for each reporter from whom transcripts are ordered.  All transcripts from tape recorded proceedings may be ordered on one form.  Specify exact dates of proceedings to be transcribed on the appropriate reporter or tape order.

If transcript is unnecessary or already on file in the Clerk's office, prepare a DKT 13 and mark the appropriate box to indicate this information.

The appellant must contact the court reporter within 14 days of the filing of the notice of appeal to arrange for the preparation of transcripts.

Court Reporting Services
P.O. Box 61010
Houston, TX  77208

Electronic Court Reporting 713-250-5404
Court Reporters 713-250-5499

| | |
|---|---|
| US District Court | US District Court |
| 600 E Harrison Street | 1300 Victoria Street, Suite 1131 |
| Brownsville, TX 78520-7114 | Laredo, TX 78040 |
| 956-548-2500 | 956-723-3542 |
| | |
| US District Court | US District Court |
| 1133 North Shoreline Blvd, Room 208 | 1701 W. Business Hwy 83, Suite 1011 |
| Corpus Christi, TX 78401 | McAllen, TX 78501 |
| 361-888-3142 | 956-618-8065 |
| | |
| US District Court | US District Court |
| PO Box 2300 | PO Box 1638 |
| Galveston, TX 77553 | Victoria, TX 78476 |
| 409-766-3530 | 361-788-5000 |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Stephen Tapp | § | |
| | § | |
| v. | § | CASE NUMBER:  4:11cv2971 |
| | § | District Judge:  Lee H Rosenthal |
| University of Texas Health Sciences Center | § | Court Reporter(s):  B Slavin |
| at Houston-School of Dentistry et al | § | |

## NOTICE OF THE FILING OF AN APPEAL

In connection with this appeal, instrument # 34, filed by Stephen Tapp, a copy of the notice of appeal, the order being appealed and the docket sheet are attached.

In regard to this appeal:

- The Court of Appeal $455.00 filing and docketing fees have been paid or a motion for in forma pauperis has been granted.

- DKT-13 transcript ordering instructions are attached.

- The Clerk of Court will submit to the Fifth Circuit Court of Appeals a Certificate of Non-Compliance if the appellant fails to return the transcript order form.

David Bradley, Clerk