

## ATTORNEY GENERAL OF TEXAS
### GREG ABBOTT

September 28, 2012

Hon. David J. Bradley, Clerk
United States District Court
Southern District of Texas
P.O. Box 61010
Houston, Tx.  77208

    RE:    *Stephen Tapp v. University of Texas Health Sciences Center at Houston-School of Dentistry*; in the United States District Court for the Southern District of Texas, Houston Division; Civil Action No. 4:11-CV-02971

           USCA Case No. 12-20619

Dear Mr. Bradley:

    Please consider this letter a request for a copy of the Record on Appeal, along with any exhibits filed in this case.   You may either send a copy via e-mail to the e-mail address given below, or by Federal Express to our physical location listed below.

    Our Federal Express account number is:    **175112561**

    Thank you for your attention to this matter, and please call with any questions or concerns.

                                     Sincerely,

                                        /s/   Darren G. Gibson
                                     Darren G. Gibson
                                     Assistant Attorney General
                                     **Office of the Attorney General**
                                     **General Litigation Division-019**
                                     **300 W. 15th Street, 11th Floor**
                                     **Austin,  Tx.  78701**
                                     **(512) 475-4263**
                                     peggy.hernandez@texasattorneygeneral.gov

POST OFFICE BOX 12548, AUSTIN, TEXAS 78711-2548   TEL: (512)463-2100   WEB: WWW.OAG.STATE.TX.US

*An Equal Employment Opportunity Employer · Printed on Recycled Paper*

## CERTIFICATE OF SERVICE

  I hereby certify that on September 28, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Martin Jay Cirkiel
Cirkiel & Associates, PC
1901 E Palm Valley Blvd
Round Rock, TX 78664-9401
marty@cirkielaw.com
*Attorney for Plaintiff*

              /s/ Darren G. Gibson
              DARREN G. GIBSON
              Assistant Attorney General