IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 12-20619

STEPHEN TAPP,

    Plaintiff - Appellant

v.

UNIVERSITY OF TEXAS HEALTH SCIENCES CENTER AT HOUSTON - SCHOOL OF DENTISTRY; JOHN A. VALENZA; J TAYLOR,

    Defendants - Appellees

Appeal from the United States District Court for the
Southern District of Texas, Houston

CLERK'S OFFICE:

Under 5th Cir. R.42.3, the appeal is dismissed as of October 11, 2012, for want of prosecution. The appellant failed to timely order transcripts and make financial arrangements with court reporter.

    LYLE W. CAYCE
    Clerk of the United States Court
    of Appeals for the Fifth Circuit

    By: _____
    Brandy C. Lemelle, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
    Deputy
New Orleans, Louisiana
OCT 11 2012