# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

October 11, 2012

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

United States Courts  
Southern District of Texas  
FILED

OCT 1 7 2012

David J. Bradley, Clerk of Court

No. 12-20619, Stephen Tapp v. Univ of TX Hlth Sciences Ctr, et al  
USDC No. 4:11-CV-2971

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Brandy C. Lemelle, Deputy Clerk  
504-310-7714

cc w/encl:  
    Mr. Martin J. Cirkiel  
    Mr. Darren Glenn Gibson