# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

October 18, 2012

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 12-20619 Stephen Tapp v. Univ of TX Hlth Sciences Ctr, et al
USDC No. 4:11-CV-2971

The court has granted appellant's motion to reopen the appeal.

Sincerely,

LYLE W. CAYCE, Clerk

By:
Brandy C. Lemelle, Deputy Clerk
504-310-7714

Mr. David J. Bradley
Mr. Martin J. Cirkiel
Mr. Darren Glenn Gibson

United States Courts
Southern District of Texas
FILED

OCT 2 4 2012

David J. Bradley, Clerk of Court