# CIRKIEL & ASSOCIATES

A Professional Corporation
Attorneys and Counselors At Law
1901 E. Palm Valley Boulevard
Round Rock, Texas 78664
(512) 244-6658 [Telephone]

Martin J. Cirkiel, Esq. and
Licensed Master Social Worker

marty@cirkielaw.com
(512) 244-6014 [Facsimile]

November 21, 2012

Hon. David J. Bradley, Clerk
United States District Court
Southern District of Texas
P.O. Box 61010
Houston, Tx 77028

      RE:    *Stephen Tapp v. University of Texas Health Sciences Center at Houston-School of Dentistry;* in the United States District Court for the Southern District of Texas, Houston Division; Civil Action No. 4:11-CV-02971

            USCA Case No. 12-20619

Dear Mr. Bradley:

Please consider this letter a request for a copy of the Record on Appeal, along with any exhibits filed in this case. You may either send a copy via e-mail to the e-mail address given below, or by Federal Express to our physical location listed below.

Our Federal Express account number is: **2306-2489-5**

Thank you for your attention to this matter, and please call with any questions or concerns.

            Sincerely,

            /s/ Martin J. Cirkiel
            Martin J. Cirkiel
            Cirkiel & Associates, P.C.
            1901 E. Palm Valley Blvd.
            Round Rock, Texas 78664
            (512) 244-6658 [Telephone]
            (512) 244-6014 [Fax]
            marty@cirkielaw.com [Email]

## CERTIFICATE OF SERVICE

       I hereby certify that on November 21, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Darren G. Gibson
Assistant Attorney General
Office of the Attorney General
General Litigation Division-019
300 W. 15th Street, 11th Floor
Austin, Tx 78701
(512) 475-4263 [Telephone]
peggy.hernandez@texasattorneygeneral.gov
*Attorney for Defendant*

                                      /s/ Martin J. Cirkiel
                                      Martin J. Cirkiel
                                      Assistant Attorney General