

## ATTORNEY GENERAL OF TEXAS
### GREG ABBOTT

November 28, 2012

Hon. David J. Bradley, Clerk
United States District Court
Southern District of Texas
P.O. Box 61010
Houston, Tx.  77208

    RE:    *Stephen Tapp v. University of Texas Health Sciences Center at Houston-School of Dentistry*; in the United States District Court for the Southern District of Texas, Houston Division; Civil Action No. 4:11-CV-02971

            USCA Case No. 12-20619

Dear Mr. Bradley:

Please consider this letter a second request for a copy of the Record on Appeal, along with any exhibits filed in this case.   You may either send a copy via e-mail to the e-mail address given below, or by Federal Express to our physical location listed below.

Our Federal Express account number is:   **175112561**

Thank you for your attention to this matter, and please call with any questions or concerns.

                                        Sincerely,

                                        /s/   Darren G. Gibson
                                        Darren G. Gibson
                                        Assistant Attorney General
                                        **Office of the Attorney General**
                                        **General Litigation Division-019**
                                        **300 W. 15th Street, 11th Floor**
                                        **Austin,  Tx.  78701**
                                        **(512) 475-4263**
                                        Darren.gibson@texasattorneygeneral.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 28, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Martin Jay Cirkiel
Cirkiel & Associates, PC
1901 E Palm Valley Blvd
Round Rock, TX 78664-9401
marty@cirkielaw.com
*Attorney for Plaintiff*

                                                /s/ Darren G. Gibson
                                                DARREN G. GIBSON
                                                Assistant Attorney General