# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

David Bradley                                                                             P.O. BOX 61010
CLERK                                                                             HOUSTON, TX 77208

March 25, 2013

Mr. Lyle Wyman Cayce, Clerk
U.S. Court of Appeals, Fifth Circuit
600 South Maestri Place
New Orleans, LA 70130

        IN RE:  Michael A. Gardocki vs JP Morgan Chase Bank, N.A.
              District Court Case No.:
              Circuit Court Case No.:

Dear Mr. Cayce:

    Enclosed is a printed copy of the certified electronic record on appeal in the above referenced matter.  This record contains   _3_   volumes of the printed record on appeal.

- Transcripts exist in this case.

- No sealed documents exist in this case.

Copies do not need to be returned to our Clerk's office.  Please properly dispose of all items when the appeal process in complete.

Very Truly Yours,

David J Bradley, Clerk

L. Filmore
Deputy Clerk