# ATTORNEY GENERAL OF TEXAS
### GREG ABBOTT

---

**DARREN G. GIBSON**  
Assistant Attorney General  
General Litigation Division

PHONE: (512) 463-2120  
FAX: (512) 320-0667  
EMAIL: Darren.Gibson@oag.state.tx.us

April 18, 2013

Lyle W. Cayce, Clerk  
Fifth Circuit Court of Appeals  
600 S. Maestri Place  
New Orleans, LA 70130-3408

Re:   USCA Case No. 12-20619; *Stephen Tapp, Plaintiff v. University of Texas Health Science Center at Houston-School of Dentistry, Defendants*; On appeal from U.S. District Court; Southern District of Texas, Houston Division; Civil Action No. 4:11-cv-02971

Mr. Cayce:

I, undersigned for Defendant(s), respectfully advise the Court that I will be on vacation out of state on May 16 and 17, 2013; July 3 through July 12, 2013; and October 11 and 14, 2013. I respectfully request that any hearings, conferences, trial, or other court appearances requiring my presence in the above-referenced matter not be scheduled during this period. I would also request no discovery be propounded during this period.

Thank you for your courtesy and consideration in this matter.

Very truly yours,

*/s/ Darren G. Gibson*  
DARREN G. GIBSON  
Assistant Attorney General  
General Litigation Division  
(512) 463-2120  
Assistant Attorney General

cc:   Martin Jay Cirkiel